NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUBREY BEASLEY,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-2352

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-17-0273-I-1.

---

## O R D E R

Upon consideration of the court's December 19, 2023 order and Aubrey Beasley's Federal Circuit Form 10, ECF No. 20,

IT IS ORDERED THAT:

This case and all transmittals are transferred to the United States District Court for the Northern District of

2                                                        BEASLEY v. DVA

Illinois pursuant to the court's December 19, 2023 order
and 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 26, 2024
Date